June 28, 2023

```
_____ FILED     _____ ENTERED
_____ LODGED    _____ RECEIVED

         JUN 29 2023    JC

            AT SEATTLE
       CLERK U.S. DISTRICT COURT
    WESTERN DISTRICT OF WASHINGTON
BY                            DEPUTY
```

The Honorable Lauren King
United States Courthouse
700 Stewart Street, Suite 15134
Seattle, WA 98101-990

        RE:    Cause No. 2:23-cv-00805, and Response to
                 J.P. Morgan Chase Bank, N.A.'s Notice of Removal and
                 Motion to Enforce Referral to Bankruptcy Court

Dear Judge King:

      This evening at 9:00 PM on June 28, 2023, I received a Notice in our mailbox that I twice failed to certify word counts for my motion for remand and rejection of referral. I live in a rural area, and sometimes mail takes up to a week to be delivered. This is one of those times. Hence, I was not able to respond by today.

      The documents, respectively, contain 4,158 words and 1,039 words. Thus, the word count for each document is well below the 8,400 word restriction in LCR7(e)(3).

      I worked very hard on each of these documents. I apologize for this oversight, and I hope this explanation will allow you to consider my submissions.

DATED this June 28, 2023

                           Respectfully submitted,

                           JOHN R. WILSON

                           By s/ John R. Wilson
                           John R. Wilson, Plaintiff pro se

P.S. I emailed the corrected documents to all other parties before midnight.

cc. Davis Wright Tremaine LLP
    Attorneys for JPMorgan Chase Bank, N.A.

    Fred B. Burnside, WSBA #32491
    E: fredburnside@dwt.com
    Hugh R. McCullough, WSBA #41453
    E: hughmccullough@dwt.com
    Caleah N. Whitten, WSBA #60209
    E: caleahwhitten@dwt.co

    920 Fifth Avenue, Suite 3300
    Seattle, WA 98104

Quality Loan Service Corporation of
Washington

c/o Robert McDonald, WSBA #43842
    E: rmcdonald@qualityloan.com

    108 First Avenue S. – Suite 450
    Seattle, WA 98104

# CERTIFICATE OF SERVICE

I certify that on this day I caused the letter to which this certificate is attached to be delivered to the following by e-mail and by USPO first class mail on June 29, 2023:

Quality Loan Service Corporation of Washington
c/o Robert McDonald WSBA #43842
108 First Avenue S. - Suite 450
Seattle, WA 98104

Davis Wright Tremaine LLP
        Attorneys for JPMorganChase Bank, N.A.

        Fred B. Burnside, WSBA #32491
        fredburnside@dwt.com
        Hugh R. McCullough, WSBA #41453
        hughmccullough@dwt.com
        Caleah N. Whitten, WSBA #60209
        caleahwhitten@dwt.co

        920 Fifth Avenue, Suite 3300
        Seattle, WA 98104-1610
        206-622-3150

The attached letter is in relation to our response to:
        Cause No. 2:23-cv-00805
        J.P. Morgan Chase Bank, N.A.'s Notice of Removal and
        Motion to Enforce Referral to Bankruptcy Court

DATED this 29th day of June 2023.

                                        By  s/ John R. Wilson
                                            JOHN R. WILSON
                                            19318 99th Avenue SE
                                            Snohomish, WA 98296
                                            T: 206.854.6851
                                            E: john.wilson.udi@gmail.com